1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 385-7517
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 TERESA M. RODRIGUEZ            )
   xxx-xx-9162                    )    Case No.   2:14-cv-2594-KJN
12                                )
                                  )
13                                )
                                  )
14                                )
                                  )    **STIPULATION**AND ~~**PROPOSED**~~
15                                )    **ORDER EXTENDING PLAINTIFF'S**
          **Plaintiff,**          )    **TIME TO FILE SUMMARY**
16                                )    **JUDGEMENT MOTION**
   v.                             )
17                                )
   **COMMISSIONER OF SSA**        )
18                                )
          **Defendant.**          )
19                                )
   _____ )
20

21
         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
22
   Plaintiff's time to file her summary judgment motion is hereby extended from April 9, 2015, to May 8,
23
   2015, with all other deadlines extended accordingly.  This extension is required due to counsel's
24
   briefing schedule and need to be out of town for a memorial service.
25
   / / / /
26
   / / / /
27
   / / / /
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 31, 2015 | /s/Bess M. Brewer |
| 3 | | BESS M. BREWER |
| | | Attorney at Law |
| 4 | | |
| | | Attorney for Plaintiff |
| 5 | | |

Dated: March 31, 2015         Benjamin B. Wagner
                              United States Attorney

                              Donna L. Calvert
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ Jennifer Lee Tarn

                              JENNIFER LEE TARN
                              Special Assistant United States Attorney
                              Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   April 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE