BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA M. RODRIGUEZ <br> xxx-xx-9162 <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SSA <br><br> Defendant. | Case No.  14-2594 KJN <br><br> STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 8, 2015,  to May 11, 2015, with all other deadlines extended accordingly.   This short additional extension is required due to counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: May 6, 2015

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 6, 2015

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jennifer Lee Tarn
JENNIFER LEE TARN
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   May 7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2