1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

5

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | TERESA M. RODRIGUEZ,            No. 2:14-cv-2594-KJN

12 |         Plaintiff,

13 |    v.                           **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF**

14 | COMMISSIONER OF SOCIAL
     SECURITY,
15
            Defendant.
16

17

18      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

19 Plaintiff's time to file her summary judgment motion is hereby extended from July 1, 2015, to

20 July 22, 2015, with all other deadlines extended accordingly. This extension is required because

21 counsel will be out of the Country when the reply is due.

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1

Dated: June 19, 2015

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: June 19, 2015

Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Lara A. Bradt
LARA A. BRADT
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Plaintiff's time to file her reply brief is extended from July 1, 2015, to July 22, 2015.

APPROVED AND SO ORDERED.

Dated:  June 22, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE